IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| TRAVIS ONEAL THOMAS | § | |
| VS. | § | CIVIL ACTION NO. 4:05cv401 |
| DENTON COUNTY SHERIFF'S OFFICE JAIL | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE's REPORT AND RECOMMENDATION

Plaintiff Travis Oneal Thomas, an inmate confined at the Hutchins State Jail, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against the Denton County Sheriff's Office Jail.

The court heretofore referred this matter to the Honorable Don D. Bush, United States Magistrate Judge, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed as frivolous and for failing to state a claim upon which relief may be granted. The Magistrate Judge recommends the dismissal be without prejudice to plaintiff's ability to assert his claims in a petition for writ of habeas corpus.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this 19 day of December, 2005.

PAUL BROWN
UNITED STATES DISTRICT JUDGE